UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NAPIER SANDFORD FULLER,          )
                                 )
                    Plaintiff,   )
                                 )        **JUDGMENT IN A**
v.                               )        **CIVIL CASE**
                                 )        **CASE NO. 7:21-CV-40-D**
SEAN MATTHEW DIXON, NEW HANOVER  )
COUNTY, and JOHN DOES 1-10,      )
                                 )
                    Defendants.  )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motions
for leave to file surreplies and for extensions of time in which to file surreplies or to otherwise
ask the court to construe his current filings as timely [D.E. 24, 26, 35, 36]. The court GRANTS
IN PART defendants' motions to dismiss [D.E. 19, 30], and DISMISSES plaintiff's federal
claims. In light of the dismissal of plaintiff's federal claims, the court DECLINES to exercise
supplemental jurisdiction over any state-law claims and DISMISSES WITHOUT PREJUDICE
those claims.

**This Judgment Filed and Entered on August 11, 2022, and Copies To:**

Napier Sandford Fuller                    (via CM/ECF electronic notification)

Frederick Hughes Bailey, III              (via CM/ECF electronic notification)

Scott C. Hart                             (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK

August 11, 2022                           (By) /s/ Nicole Sellers

                                              Deputy Clerk