IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-40-D

NAPIER SANDFORD FULLER, )
)
Plaintiff, )
v. ) **ORDER**
)
SEAN MATTHEW DIXON, and )
NEW HANOVER COUNTY, )
)
Defendants. )

On August 11, 2022, the court granted in part defendants' motions to dismiss [D.E. 19, 30], dismissed plaintiff's federal claims, and closed the case. See [D.E. 38, 39]. On October 28, 2022, the court denied plaintiff's motions for reconsideration, to compel discovery, and for an extension of time to appeal [D.E. 45]. On November 28, 2022, Fuller filed a notice of appeal [D.E. 50]. Fuller has flooded the court with motions [D.E. 46, 47, 48, 49, 56, 57, 62]. The court lacks jurisdiction to consider the motions. See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); Dickson v. United States, 710 F. App'x 608, 609–10 (4th Cir. 2018) (per curiam) (unpublished); Clark v. Cartledge, 829 F.3d 303, 305 (4th Cir. 2016); Doe v. Pub. Citizen, 749 F.3d 246, 258 (4th Cir. 2014). Thus, the court DISMISSES WITHOUT PREJUDICE plaintiff's motions [D.E. 46, 47, 48, 49, 56, 57, 62].

SO ORDERED. This 1 day of September, 2023.

JAMES C. DEVER III
United States District Judge